IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| THOMAS MULLEN & <br> CONNIE MULLEN, <br><br> PLAINTIFFS <br><br> VS. <br><br> QBE INSURANCE CORPORATION, <br><br> DEFENDANT | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br> CIVIL ACTION NO: 1:23-cv-102 <br><br> JUDGE MICHAEL TRUNCALE |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs Thomas Mullen and Connie Mullen ("Plaintiffs") and Defendant, QBE Insurance Corporation ("Defendant"), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendant hereby dismiss with prejudice all claims and all associated relief requested in such claims filed in this case. All costs of court shall be paid by the party incurring same.

Respectfully submitted,

*/s/ Joe Synoradzki (w/permission LDC)*
Eric B. Dick, LL.M.
TBN: 24064316
FIN: 1082959
eric@dicklawfirm.com
Joe Synoradzki
TBN: 24088498
joe@dicklawfirm.com
Dick Law Firm, PLLC
3701 Brookwoods Drive
Houston, Texas 77092
(832) 207-2007

**ATTORNEY FOR PLAINTIFFS**

/s/ Jerrod L. Rinehart
Jerrod L. Rinehart
State Bar No. 24060494
Federal I.D. No. 908847
jrinehart@belaw.com
Carter L. Ferguson
State Bar No. 06909500
Federal I.D. No. 33538
cferguson@belaw.com
Logan D. Cochran
State Bar No. 24105615
Federal I.D. No. 3745632
lcochran@belaw.com

BRACKETT & ELLIS,
A Professional Corporation
100 Main Street
Fort Worth, TX 76102
817.338.1700
817.870.2265 facsimile

**ATTORNEYS FOR DEFENDANT
QBE INSURANCE CORPORATION**

### CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August 2023, the foregoing *Joint Stipulation of Voluntary Dismissal* was electronically filed with the Clerk of Court using the CM/ECF system which will provide notice of such filing to all counsel of record.

| | |
|---|---|
| Jerrod L. Rinehart<br>Carter L. Ferguson<br>Logan D. Cochran<br>Brackett & Ellis, P.C.<br>100 Main Street<br>Fort Worth, Texas<br>jrinehart@belaw.com<br>cferguson@belaw.com<br>lcochran@belaw.com | **Via Electronic Filing** |

**ATTORNEYS FOR DEFENDANTS**

/s/ Joe Synoradzki (w/permission LDC)
Joe Synoradzki